ACCEPTED
05-15-01516-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
12/17/2015 1:54:29 PM
LISA MATZ
CLERK



# FIFTH COURT OF APPEALS
## CIVIL APPEAL MEDIATION DOCKETING STATEMENT

### RETURN WITHIN 15 DAYS TO:

### CLERK, FIFTH COURT OF APPEALS;
### 600 COMMERCE STREET, SUITE 200, DALLAS, TEXAS 75202-4658

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
12/17/2015 1:54:29 PM
LISA MATZ
Clerk

**I.      General Information:**

| | |
|---|---|
| Appellant(s):<br><br>JOHN PATMAN | Appellate Cause No.:<br><br>05-15-01516-CV<br><br>Trial Ct. Cause No.: |
| Appellee(s):<br><br>STATE FARM LLOYDS | CC-14-01094-B<br><br>County:<br><br>DALLAS |
| Other: | Trial Court:<br><br>COUNTY COURT 2 |

**II.      Timetable:**

Appeal stayed by bankruptcy.   Date bankruptcy filed: NOT APPLICABLE

List:    name of bankruptcy court: NOT APPLICABLE

bankruptcy case number: NOT APPLICABLE

style of bankruptcy filing: NOT APPLICABLE

**III.      Jurisdiction:**

| Will you challenge this court's jurisdiction? | No   X | Yes   ☐ |
|---|---|---|

**IV.      Indigency Of Party (TRAP 32.1(k)):  (Attach file-stamped copy of affidavit)**

| Event | Filed | Date | N/A |
|---|---|---|---|

| | Check as appropriate | | | |
|---|---|---|---|---|
| Affidavit filed | No X | Yes ☐ | | |
| Contest filed | No X | Yes ☐ | | |
| Date ruling on contest due: | | | | |
| Ruling on contest:<br>Sustained ☐      Overruled ☐ | | | | |
| | | | | |
| | | | | |

## VI.    Alternative Dispute Resolution/Mediation (if applicable)

Instructions:  This information will be used in conjunction with the Rule 32.1 docketing statement to evaluate your case for possible referral to an alternative dispute resolution procedure.  *See* TEX. R. APP. P.  32.1.  The court will not consider your answers if the case is submitted on the merits.  Each party (except where noted) must complete and file a completed docketing form in the Court of Appeals after the appeal is perfected.

Check Y for yes or N for no. Fill in all blanks or check appropriate boxes.

1.      Should this case be referred to mediation?  Yes  X     No  ☐ (use additional sheets if necessary)

If no, why?

 (The court makes the final decision regarding referral of a case to mediation)

2.      Has this case been through an ADR procedure in the trial court?  Yes  ☐    No  X

If you answered yes:

a.      Who was the mediator?

b.      What type of ADR procedure?

c.      At what stage did the case go through ADR?

     pre-trial              trial           post-trial         other _____

3. Rate the case for complexity. Use 1 for the least complex and 5 for the most complex. Check one:

   1 ☐    2 X    3 ☐    4 ☐    5 ☐

**VII.    Signature:**

*Rogelio Garcia*/S/                                    Date: 12/17/2015

Signature of counsel (or pro se party)                State Bar No.:07645800

Printed Name: ROGELIO GARCIA

Address: 1317 TELEPHONE ROAD, HOUSTON, TEXAS 77023

Email Address: UTLAW82@GMAIL.COM

Telephone Number: 713-926-8800

Facsimile Number: 713-926-7700

Representing: APPELLANT